M. Maier
Server #: PCS-11699
Exp. Date: 10/31/2020
Serve Date: 1/16/2019

# COMMONWEALTH OF VIRGINIA



**EXHIBIT A**

RICHMOND CITY CIRCUIT COURT
Civil Division
400 NORTH 9TH STREET
RICHMOND VA 23219

Virginia:                                  Proof of Service
In the RICHMOND CITY CIRCUIT COURT

Case number: 760CL18006268-00
Service number: 001
Service filed: December 20, 2018
Judge: PLH

Served by: SPECIAL PROCESS SERVER
Style of case: MARATHON RESOURCE MANAGEMENT vs CORNELL C INC
Service on: C CORNELL INC
    D/B/A CERTA PRO PAINTERS OF
    COLLEGE STATION, SERVE:CLIFTON
    C. CORNELL, REGISTERED AGENT
    28412 QUIET WAY
    MAGNOLIA TX 77355

Attorney: MONCRIEFFE, STEPHEN
    10469 ATLEE STATION ROAD
    ASHLAND VA 23005
    888.612.6613

Instructions:

Returns shall be made hereon, showing service of Summons issued Friday, January 11, 2019 with a copy of the Complaint filed Thursday, December 20, 2018 attached.

Hearing date :
Service issued: Friday, January 11, 2019

For Sheriff Use Only

# COMMONWEALTH OF VIRGINIA



RICHMOND CITY CIRCUIT COURT
Civil Division
400 NORTH 9TH STREET
RICHMOND VA 23219

Summons

To: C CORNELL INC
D/B/A CERTA PRO PAINTERS OF
COLLEGE STATION, SERVE:CLIFTON
C. CORNELL, REGISTERED AGENT
28412 QUIET WAY
MAGNOLIA TX 77355

Case No. 760CL18006268-00

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment, or decree against such party either by default or after hearing evidence.

Appearance in person is not required by this summons.

Done in the name of the Commonwealth of Virginia on, Friday, January 11, 2019

Clerk of Court: EDWARD F JEWETT

by _____
(CLERK/DEPUTY CLERK)

Instructions:

Hearing Official:

Attorney's name: MONCRIEFFE, STEPHEN
10469 ATLEE STATION ROAD
ASHLAND VA 23005
888.612.6613