**EXHIBIT D**

VIRGINIA:

IN THE CIRCUIT COURT FOR THE CITY OF RICHMOND

| | |
|---|---|
| MARATHON RESOURCE MANAGEMENT GROUP, LLC a Virginia corporation,<br><br>    Plaintiff,<br><br>v.<br><br>C. CORNELL, INC. dba CERTA PRO PAINTERS OF COLLEGE STATION, a Texas corporation<br><br>    Defendant. | Case No. CL18-6268 |

To:  Edward F. Jewett, Clerk
    Circuit Court for the City of Richmond
    400 North Ninth Street
    John Marshall Courts Building
    Richmond, VA 23219

## NOTIFICATION OF FILING OF NOTICE OF REMOVAL

Please take notice that the defendant in the above styled case, C. Cornell, Inc. d/b/a Certa ProPainters of College Station ("CCI"), a Texas corporation, has this day filed its Notice of Removal of this action in the Office of the Clerk of the United States District Court for the Eastern District of Virginia, Richmond Division. A copy of the Notice of Removal is attached hereto as **Exhibit 1**.

You are further advised that CCI's filing of the Notice of Removal and this Notification of Filing of Notice of Removal effects removal under 28 U.S.C. § 1446(d) and this Court shall proceed no further unless and until this matter is remanded.

**Date**: February 12, 2019                              Respectfully Submitted

                                                     **C. CORNELL, INC. D/B/A CERTAPRO PAINTERS OF COLLEGE STATION**

                                                   By Counsel

_____
Neil S. Talegaonkar (VSB No. 44589)
*Thompson*McMullan
100 Shockoe Slip
Richmond, Virginia 23219
Telephone:  804.649.7545
Facsimile:  804.780.1813
ntalegaonkar@t-mlaw.com
*Counsel for C. Cornell, Inc.*
*D/B/A CertaPro Painters of College Station*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 12th day of February, 2019, a true and exact copy of the foregoing Notification of Filing of Removal was mailed, first-class, postage prepaid, and sent via e-mail to counsel for the plaintiff:

    Stephen Moncrieffe, Esq.
    Marathon Resource Management Group, LLC
    10469 Atlee Station Road
    Ashland, Virginia 23005
    smoncrieffe@marathonrmg.com

                                                     _____
                                                     Neil S. Talegaonkar